## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 230 EAL 2020

                 Respondent    :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

             v.                     :

                                :

AARON BRADLEY,                   :

                                :

                   Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2020, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

> Should this Court grant leave to appeal to accept the Superior Court's request to devise a mechanism for the enforcement of the enforceable right to effective counsel in a first PCRA proceeding, when the current mechanism is not adequate to the enforcement of that important right?

The Prothonotary is directed to provide notice of this order to the Pennsylvania Attorney General.